# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-89

| | |
|---|---|
| DAVID ANDREW BARDES, Individually, As Taxpayer, <br><br> Plaintiff, <br><br> vs. <br><br> THE U.S. COURTS; THE UNITED STATES OF AMERICA; THE STATE OF SOUTH CAROLINA, COUNTY OF CHARLESTON And Their Subdivisions; CORRECT CARE SOLUTIONS, LLC; JOHN and JANE DOE, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on E. Thomison Holman's Application for Admission to Practice *Pro Hac Vice* of Christopher T. Dorsel. It appearing that Christopher T. Dorsel is a member in good standing with the South Carolina State Bar and will be appearing with E. Thomison Holman, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that E. Thomison Holman's Application for Admission to Practice Pro Hac Vice (#14) of Christopher T.

Dorsel is **GRANTED**, and that Christopher T. Dorsel is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with E. Thomison Holman.

Signed: April 24, 2017

Dennis L. Howell
United States Magistrate Judge